IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

Larry Manley, )
)
        Plaintiff, )
)
vs. ) Case No. 3:14-cv-00203-JAG
)
Federal National Mortgage )
  Association, et al., )
)
        Defendants. )

## ORDER

COMES NOW Defendant Atlantic Law Group, LLC, by counsel, upon its Motion for Extension of Time to File Initial Responsive Pleading.

UPON CONSIDERATION WHEREOF, it appears to the Court that the Plaintiff, by counsel, does not object to said Motion and that good cause otherwise exists to grant Defendant's request; therefore, it is hereby

ADJUDGED, DECREED, and ORDERED that Defendant Atlantic Law Group, LLC,'s Motion for Extension of Time to File Initial Responsive Pleading be and hereby is granted.

FURTHER ADJUDGED, DECREED, and ORDERED Defendant Atlantic Law Group, LLC, shall file its initial responsive pleading to the Complaint in this matter by April 11, 2014.

Entered this 26th day of March 2014.

/s/ 
John A. Gibney, Jr.
United States District Judge