IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LARRY MANLEY,

    Plaintiff,

v.                                                    Civil Action No. 3:14cv203

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

LIVEWELL FINANCIAL INC., and

ATLANTIC LAW GROUP, LLC

    Defendants.

## ORDER

This matter comes before the Court on the plaintiff's motion to file a second amended complaint. (Dk. No. 19.) Upon mature consideration, the Court GRANTS the motion. The Court directs the plaintiff to file the Second Amended Complaint. The Court DENIES the defendants' motions to dismiss as MOOT with leave to refile their motions after the plaintiff has filed his Second Amended Complaint. (Dk. Nos. 6, 9, 14, and 16.)

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: June 2, 2014
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge