IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LARRY MANLEY,
    Plaintiff,

v.                                           Civil Action No. 3:14-cv-203-JAG

FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,
    Defendants.

## ORDER

It is hereby ORDERED that the settlement conference and proceedings are referred to United States Magistrate David Novak. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Novak within thirty (30) days of the date of this Order to schedule the conference, which should occur at such time as Magistrate Judge Novak shall approve.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: August 26, 2014
Richmond, VA