UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

LARRY MANLEY,

    Plaintiff,

v.                                         Civil Action No. 3:14-cv-203-JAG

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
LIVE WELL FINANCIAL, INC., and
ATLANTIC LAW GROUP, LLC,

    Defendants.

## STIPULATION OF UNCONTESTED FACTS

For purposes of this case only, the parties, by counsel, hereby stipulate to the following uncontested facts:

1. Plaintiff is a natural person.

2. Plaintiff is a "consumer" as defined under the FDPCA at 15 U.S.C. § 1692a(3).

3. Defendant Atlantic Law Group, LLC, is a "debt collector" as defined under the FDPCA at 15 U.S.C. § 1692a(6).

4. Defendant Atlantic Law Group, LLC, sent to Plaintiff the April 24, 2013, letter, Exhibit A to the Second Amended Complaint and Demand for Jury Trial, pursuant to 15 U.S.C. § 1692g(a), in an attempt to collect a debt.

Dated: October 6, 2014.

_____
Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W. Tabb Street
Petersburg, VA 23803-3212
Email: dale@pittmanlawoffice.com

Thomas D. Domonoske (VSB # 35434)
461 Lee Avenue
Harrisonburg, VA 22802
(540) 442-7706
Email: tomdomonoske@earthlink.net
*Counsel for Plaintiff*

_____
Dean L. Robinson
ATLANTIC LAW GROUP, LLC
1602 Village Market Blvd., SE, Suite 310
Leesburg, VA 20175
*Counsel for Atlantic Law Group, LLC*